UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:20-cv-00031

Name of party requesting extension: Hon Hai Precision Industry Company

Is this the first application for extension of time in this case?  ☑ Yes
    ☐ No

If no, please indicate which application this represents:  ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 2/17/2021

Number of days requested:  ☑ 30 days
    ☐ 15 days
    ☐ Other ____ days

New Deadline Date: 4/9/2021   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Vincent J. Rubino, III

State Bar No.: NY Bar No. 4557435

Firm Name: FABRICANT LLP

Address: 411 Theodore Fremd Road
Suite 206 South
Rye, NY 10580

Phone: (212) 257-5797

Fax: (212) 257-5796

Email: vrubino@fabricantllp.com

A certificate of conference does not need to be filed with this unopposed application.