UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:20-cv-00031-JRG

Name of party requesting extension: Hon Hai Precision Industry Company Ltd.

Is this the first application for extension of time in this case?
- [ ] Yes
- [✔] No

If no, please indicate which application this represents:
- [✔] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 2/17/2021

Number of days requested:
- [ ] 30 days
- [✔] 15 days
- [ ] Other _____ days

New Deadline Date: 04/26/2021 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Vincent J. Rubino, III

State Bar No.: NY Bar No. 4557435

Firm Name: FABRICANT LLP

Address: 411 Theodore Fremd Road
Suite 206 South
Rye, NY 10580

Phone: (212) 257-5797

Fax: (212) 257-5796

Email: vrubino@fabricantllp.com

A certificate of conference does not need to be filed with this unopposed application.